IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CHARLES VINCENT RICE, )
　) 
　Plaintiff, )
　)
v. ) CASE NO. CV411-310
　)
DETECTIVE TIFFANY SAYTA; )
DETECTIVE HUTCHINSON; )
DISTRICT ATTORNEY LARRY )
CHISOLM; OFFICER RUSSEL )
MATTHEWS; ATTORNEY JASON )
JONES; all individually and )
in their official capacities, )
　)
　Defendants. )
　)

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 13), to which objections have been filed (Doc. 16). After a careful de novo review of the record in this case, the Court finds Plaintiff's objections without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Petitioner's § 1983 complaint is **DISMISSED** and any pending motions are **DISMISSED AS MOOT**. The Clerk is **DIRECTED** to close this case.

SO ORDERED this 3RD day of April 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA