IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CHARLES VINCENT RICE,

    Plaintiff,

v.

CASE NO. CV411-310

DETECTIVE TIFFANY SAYTA;
DETECTIVE HUTCHINSON;
DISTRICT ATTORNEY LARRY
CHISOLM; OFFICER RUSSEL
MATTHEWS; ATTORNEY JASON
JONES; all individually and
in their official capacities,

    Defendants.

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 13), to which objections have been filed (Doc. 16). After a careful de novo review of the record in this case, the Court finds Plaintiff's objections without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Petitioner's § 1983 complaint is **DISMISSED** and any pending motions are **DISMISSED AS MOOT**. The Clerk is **DIRECTED** to close this case.

SO ORDERED this 3RD day of April 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA